IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 10 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–53–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| GEORGE HARRISON BURGER, | |
| Defendant. | |

The United States' having moved unopposed for entry of a Preliminary Order of Forfeiture, the Court finds:

THAT the United States and the Defendant, GEORGE HARRISON BURGER, entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d);

THAT prior to the disposition of the assets, the ATF, or its designated sub-custodian, is required to seize the forfeited property; and

THAT 21 U.S.C. § 853(n)(1) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice of the forfeiture and the United States' intent to dispose of the property.

Accordingly, IT IS ORDERED:

1

THAT the United States' motion (Doc. 23) is GRANTED;

THAT the Defendant, GEORGE HARRISON BURGER'S, interest in any firearms and ammunition involved in the offense plead to in the Indictment, is forfeited to the United States in accordance with 18 U.S.C. § 924(d). That property consists specifically of the following items:

- RIFLE, WINCHESTER, MODEL: 94, CAL: 30-30, SN: 1562640;
- RIFLE, WINCHESTER, MODEL: 670A, CAL: 243, SN: G169293;
- RIFLE, unknown manufacturer with no serial number;
- RIFLE, HARRINGTON AND RICHARDSON, MODEL: UNKNOWN, SN: 115499;
- RIFLE, REMINGTON ARMS COMPANY, MODEL: 552, No serial number;
- RIFLE, Model Unknown, SN RMN067515;
- SHOTGUN, Remington, SN A537006M;
- RIFLE, Model Unknown, SN 5365S;
- Ruger, MODEL: SR1911, SN 67254175;
- Firearm parts and accessories including one .45 caliber magazine; and
- Assorted ammunition – 72 pieces;

THAT the ATF, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties

asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; andTHAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 10th day of February, 2020.

_____
Donald W. Molloy, District Judge
United States District Court